72,585-02

December 22, 2014

Court of Criminal Appeals of Texas

P.O. Box 12308

Capitol Station

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk

RE: Writ No. 49625 B

Mr. Acosta:

    Please file the Applicant's Respone to State's Answer with this Honorable Court.

Sincerely,

James Arthur Newby

James Arthur Newby

Applicant, Pro se

TDC# 1427436

Allan B. Polunsky Unit

3872 FM 350 South

Livingston, Texas 77351

IN THE

TEXAS COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

WRIT NO. 49625-B

| | |
|---|---|
| EX PARTE | HABEAS CORPUS PROCEEDINGS |
| JAMES ARTHUR NEWBY, | FROM THE 239TH JUDICIAL |
| APPLICANT | DISTRICT COURT OF |
| V. | BRAZORIA COUNTY, TEXAS |
| THE STATE OF TEXAS | TRIAL COURT CAUSE NO. 49625 |

## APPLICANT'S RESPONSE TO STATE'S ANSWER TO APPLICATION FOR WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, JAMES ARTHUR NEWBY, TDC#1427436, and files this response to the State's Answer to Application for Writ of Habeas Corpus.

### I.

The Applicant is requesting that the Texas Court of Criminal Appeals impose just sanctions onto the Criminal District Attorney of Brazoria County, Texas in accordance with Rule 52.11 (c) of the Texas Rules of Appellate Procedure.

### II.

In filing the State's Answer, the District Attorney of Brazoria County has purposely and grossly misstated material facts in the Application for Writ of Habeas Corpus submitted by this Applicant.

By its answer, the State has attempted to mislead this Court by stating that this is the Applicant's seventh application under the above cause number. It is in fact his second application and not his seventh as claimed by the State.

This was an attempt by the State to prejudice this Court against the Applicant by casting him in a bad light as a person who has in the past wasted this Court's time by the filing of frivolous writs when this has not been the case.

This should be construed as a blatant attempt by the State to manipulate the Court into making a decision without a review of the record.

## III.

The State inferred that the Applicant's claim for relief was made according to Texas Code of Criminal Procedure, art. 11.07, §4(a)(1) "An Applicant seeking a subsequent habeas writ pursuant to Texas Code of Criminal Procedure article 11.07 must adequately demonstrate by a preponderance of the evidence that the factual basis for the claim was unavailable at the time of the original application." See Ex Parte Madding, 70 S.W. 3d 131, 133 (Tex. Crim. App. 2002); See also TEX. CODE CRIM. PROC. 11.07 sec. 4.

This was another attempt by the State to deceive this Court, by placing a claim onto the Applicant that he did not make. In his Memorandum of Law, the Applicant laid out the basis of his claim for having a subsequent writ of habeas corpus heard by this court.

The Applicant filed his subsequent writ of habeas corpus pursuant to Texas Code of Criminal Procedure, article 11.07, §4(a)(2), in which he must prove that "by a preponderance of the evidence, but for a violation of the United States Constitution no rational juror could have found the applicant guilty beyond a reasonable doubt.", not T.C.C.P., art. 11.07, §4(a)(1) as claimed by the State.

## IV.

The Texas Rules of Appellate Procedure provide a way under Rule 52.11 for the Texas Court of Criminal Appeals to ensure that the behavior of a party or an attorney who is not acting in good faith to be addressed through the

imposition of just sanctions.

The Criminal District Attorney of Brazoria County, Texas has not dealt with this Court or this Applicant in an honest manner. The District Attorney has attempted to manipulate this court into making unfair decisions that would further serve to violate this Applicant's Due Process Rights.

Therefore, this Applicant asks that this Court find that the District Attorney has failed to act in good faith by grossly misstating facts in the Applicant's petition and requests that this Court impose whatever sanctions onto the District Attorney that it deems appropriate.

## PRAYER

WHEREFORE, PREMISE CONSIDERED, the Applicant asks that this Court hear the submitted Writ of Habeas Corpus, reverse the judgment rendered by the trial court and remand the case for a new trial, and any other relief deemed appropriate.

Respectfully submitted,

James A. Newby

James Arthur Newby
TDC No. 1427436
Applicant Pro se
Allan B. Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Applicant's Response to State's Answer to Application for Writ of Habeas Corpus has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for the State, Jeri Yenne, at 111 E. Locust, Suite 408A, Angleton, Texas 77515 on this the 22nd day of December, 2014.

_James A. Newby_
James Arthur Newby
Applicant, Pro se


## INMATE'S DECLARATION

I, James Arthur Newby, TDC#1427436, being presently incarcerated in the Allan B. Polunsky Unit of the Texas Department of Criminal Justice in Polk County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 22nd day of December 2014.

_James A. Newby_
James Arthur Newby, TDC#1427436